STATE v. STEPHENS

No. 402P90

Case below: 95 N.C.App. 455

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 October 1990.

STATE v. THORPE

No. 321P90

Case below: 99 N.C.App. 223

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

STATE v. TREADWELL

No. 400P90

Case below: 99 N.C.App. 769

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 October 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

STATE v. TURNAGE

No. 441A90

Case below: 100 N.C.App. 234

Petition by the Attorney General for temporary stay allowed 11 September 1990.

STATE v. VALLIERE

No. 348P90

Case below: 99 N.C.App. 223

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.